UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TASHA STACK, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE SELECT INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 20-cv-00338-LB<br><br>**ORDER DISMISSING CASE** |

On September 14, 2020, the court dismissed the plaintiff's complaint with leave to amend by October 1, 2020 and advised the plaintiff that if she did not file an amended complaint, the court would dismiss the case and enter judgment in favor of the defendants. (Order – ECF No. 65.) The plaintiff did not file an amended complaint. (*See generally* Docket.) The court thus dismisses the case.

**IT IS SO ORDERED.**

Dated: October 30, 2020

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-00338-LB