UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TASHA STACK, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE SELECT INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 20-cv-00338-LB<br><br>**JUDGMENT** |

On September 14, 2020, the court granted the defendants' motions to dismiss with leave to amend by October 1, 2020 to cure the complaint's deficiencies. (Order – ECF No. 65.) The plaintiff did not file an amended complaint, and the court dismissed the case. (Order – ECF No. 67.) Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendants and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 30, 2020

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-00338-LB